UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

TERRI L. CROOKS,            Case No. 14-57974-MBM
                                           Honorable MARCI B. MCIVOR
        Debtor.           Chapter 7

1562 Camelot Dr. Wayne
Trenton, MI 48183
XXX-XX-3617
_____/

## CORRECTED ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS HELD BY PNC BANK PURSUANT TO 11 U.S.C. §§363(b) & (f)

This matter having come before the Court on the Trustee's Motion to Sell Real Property, Personal Property and Intangibles Pursuant to 11 U.S.C. §§363(b) & (f) ("Motion"); Notice of the Motion having been served on all parties via Express Mail pursuant to Fed. R. Bankr. P. 2002 and L.B.R. 9014-1 (E.D.M.); no objections having been filed thereto, a hearing having been held on September 24, 2015 at 10:30am and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is granted and the Chapter 7 Trustee, Charles L. Wells III, is authorized to sell the real property, personal property and intangibles ("Property") located in the Township of Brownstown, County of Wayne, State of Michigan, more particularly described as follows:

LOTS 30 THROUGH 38, INCLUSIVE, AS PLATTED AND ½ OF VACATED ALLEY IN THE REAR AND ADJACENT THERETO, DIXIE MANOR SUBDIVISION, AS RECORDED IN LIBER 55, PAGE 99 OF PLATS, WAYNE COUNTY RECORDS

commonly known as 31930 West Jefferson Avenue, Brownstown, MI 48173 ("Real Property") to Stephanie Crooks for the sum of One Hundred Five Thousand and 00/100 ($105,000.00) dollars free and clear of liens and interests, including the Mortgage in favor of PNC Bank dated and recorded on March 14, 2008 in Liber 47187, Page 776, Wayne County Records, and all other property associated with the operation of the A&W franchise previously operated at this location pursuant to 11 U.S.C. §363(f);

**IT IS FURTHER ORDERED** that the Real Property taxes and Personal Property taxes and obligations due to the Detroit Water and Sewerage Department and any liens attendant thereto are not affected by this sale and are the assumed by the purchaser.

**IT IS FURTHER ORDERED** that Chapter 7 Trustee, Charles L. Wells III, may take any action and execute any and all documents necessary to conclude the sale of the Property;

**IT IS FURTHER ORDERED** that Chapter 7 Trustee, Charles L. Wells III, is authorized and shall pay PNC Bank Eighty Five Thousand and 00/100 ($85,000.00) dollars at closing from the proceeds to satisfy PNC's claim in full;

**IT IS FURTHER ORDERED** that the Mortgage in favor of PNC Bank dated March 14, 2008 and any lien on the personal property and intangibles is extinguished.

**IT IS FURTHER ORDERED** the stays of effectiveness of this Order under Fed R. Bankr. P. 6004(h) and 6006(d) are hereby waived, such that the terms of this Order shall be effective immediately upon its entry.

.

```
Signed on September 25, 2015
                            /s/ Marci B. McIvor
                         Marci B. McIvor
                         United States Bankruptcy Judge
```